# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNOLD ANDERSON, | ) | No. CV 04-5930-PA(CW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| ANTHONY DELEON, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objections thereto (docket no. 98, filed October 8, 2013.  The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made.  The court accepts the findings and recommendation of the Magistrate Judge.

//

//

//

//

1

**IT IS THEREFORE ORDERED:**

(1) that Defendant's motion for summary judgment (docket no. 83, filed September 6, 2012) be **GRANTED**; and

(2) the judgment be **ENTERED** dismissing this action for failure to exhaust administrative remedies.

DATED: October 10, 2013

PERCY ANDERSON
United States District Judge