1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  ARNOLD ANDERSON,              )    No. CV 04-5930-PA(CW)
                                 )
13                Plaintiff,      )    JUDGMENT
                                 )
14          v.                   )
                                 )
15  ANTHONY DELEON,              )
                                 )
16                Defendants.    )
                                 )
17  _____)

18       **IT IS ADJUDGED** that this action is dismissed for failure to

19  exhaust administrative remedies.

20

21  DATED: October 10, 2013

22

23                                    _____
                                          PERCY ANDERSON
24                                    United States District Judge

25

26

27

28

                                    1